SO ORDERED:

Dated: October 4, 2019
New York, New York

*[signature]*
WILLIAM H. PAULEY III
U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Securities and Exchange Commission,** | NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) |
| Plaintiff, | |
| v. | Case No. 17-cv-1117 (WHP) |
| **Terminus Energy, Inc.,** *et al.*, | |
| Defendants. | |

### NOTICE OF VOLUNTARY DISMISSAL AS TO TERMINUS ENERGY, INC. PURSUANT TO RULE 41(a)(1)(A)(i)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Securities and Exchange Commission hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice against the Defendant Terminus Energy, Inc. ("Terminus"). Terminus has not appeared—much less filed an answer or motion for summary judgment—and this case does not fall under Federal Rules of Civil Procedure 23(e), 23.1(c), 23.2, or 66. *See* Fed.R.Civ.P. 41(a)(1)(A)(i) (Plaintiff may voluntarily dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgement.") *See also Medina v. New York State Dep't of Corr. Servs.*, No. 03 Civ.9249(RWS), 2004 WL 2397193, at *3 (S.D.N.Y. Oct. 26, 2004) (if not exempted by Federal Rules of Civil Procedure 23(e), 23.1(c), 23.2, or 66, the right of the Plaintiff to dismiss the action is "absolute," citing *Barr Bros. & Co. v. Senft*, No. 82 Civ. 5007, 1982 WL 1342, at *3 (S.D.N.Y. Oct. 27, 1982)).

Respectfully submitted,

Dated: July 16, 2019

/s/ Alejandro O. Soto
Alejandro O. Soto (Fla. Bar 172847)
Robert H. Murphy (RM 1748)
Securities and Exchange Commission

801 Brickell Ave., Suite 1800
Miami, FL 33131
Tel: (305) 982-6313 (Soto)
Tel: (305) 982-6388 (Murphy)
Fax: (305) 536-4154
sotoal@sec.gov
murphyrob@sec.gov

2

## **CERTIFICATE OF SERVICE**

I certify that on July 16, 2019, I electronically filed the foregoing Notice of Voluntary Dismissal, which will send notification of same to Defendant Terminus Energy, Inc. at the address below, and that I will send a copy of the foregoing to Defendants Danny Pratte, Joseph Pittera, George Doumanis, Emanuel Pantelakis, and Relief Maria Pantelakis, at the addresses below:

Gerald Alan Adler, Esq.
ADLER SILVERBERG & WONG PLLC
111 John Street, Suite 800, New York, NY 10038
Tel: 212.400.4848
gadler@aswlawny.com
Counsel for Joseph Alborano

James Kousouros, Esq.
260 Madison Ave., 22nd Floor
New York, NY 10016
Tel: 212-532-1934
james@kousouroslaw.com
Counsel for Maria Pantelakis

David Scott Smith, Esq.
Brian Edward King, Esq
Smith & King, LLC
666 OLD COUNTRY RD, #305
Garden City, NY 11530
Tel: 516-213-0018
DavidSmith@smithandkinglaw.com
Counsel for George Doumanis

John C. Lane, Esq.
48 Woodport Road
Sparta Township, NJ 07871
973-512-3244
jclane@jclane.com
Counsel for Joseph Pittera

Kevin J. Keating, Esq.
666 Old Country Road, Suite 501
Garden City, New York 11530
Tel: 516-222-1099
kevin@kevinkeatinglaw.com
Counsel for Emmanuel Pantelakis

Roland Richard Acevedo, Esq.
c/o Danny Pratte and Terminus,
Energy, Inc.
27 Whitehall Street 5th Floor
New York, NY 10004
Tel: 212-658-1970
legal@rracevedolaw.com