UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SECURITIES AND EXCHANGE
COMMISSION,

                    Plaintiff,

-against-

TERMINUS ENERGY, INC., et al.,

                    Defendants,

-and-

MARIA PANTELAKIS,

                    Relief Defendant
-----------------------------------------------------------X

17 **CIVIL** 1117 (WHP)

**JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/11/2019

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated October 10, 2019, Joseph L. Pittera ("Pittera") shall pay a civil monetary penalty of $75,000, and this case is closed.

**Dated:** New York, New York
         October 11, 2019

                                          RUBY J. KRAJICK
                                          Clerk of Court
                             BY:

                                            Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 10/11/2019